FILED

MAY - 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KLEVE,

    Petitioner,

  v.

ANTHONY KANE, Acting Warden,

    Respondent.
_____/

No. 05-1778 CW

ORDER TO SHOW CAUSE

    Petitioner, a State prisoner currently incarcerated at California Correctional Training Facility in Soledad, California, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner's counsel, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing

1 cause why a writ of habeas corpus should not be issued.  Respondent
2 shall file with the answer a copy of all portions of the State
3 record that have been previously transcribed and that are relevant
4 to a determination of the issues presented by the petition.
5     If Petitioner wishes to respond to the answer, he shall do so
6 by filing a traverse with the Court and serving it upon Respondent
7 within thirty (30) days of his receipt of the answer.
8
9     IT IS SO ORDERED.
10
11
12 DATED: MAY - 6 2005
13                                   CLAUDIA WILKEN
                                     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


Kleve,

          Plaintiff,

v.

Kane et al,

          Defendant.
_____/

Case Number: CV05-01778 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marc Elliot Grossman
Law Offices of Marc Elliot Grossman
818 Mountain Ave.
Suite 111
Upland, CA 91784

Attorney General
State of California
455 Golden Gate Avenue
San Francisco, CA 94102

Anthony Kane
Acting Warden
Correctional Training Facility (CTF)
P.O. Box 686
Soledad, CA 93960


Dated: May 6, 2005

                                                Richard W. Wieking, Clerk
                                                By: Sheilah Cahill, Deputy Clerk